B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–37970**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Okikiola Hunter
   aka Laura Hunter
   770 Pahl Road
   Elk Grove Village, IL 60007

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2604

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                               FOR THE COURT

Dated: <u>February 6, 2014</u>                <u>Kenneth S. Gardner, Clerk</u>
                                               United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Okikiola Hunter
    Debtor

Case No. 13-37970-CAD
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez               Page 1 of 2                  Date Rcvd: Feb 06, 2014
                              Form ID: b18               Total Noticed: 26
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2014.
db           +Okikiola Hunter,    770 Pahl Road,    Elk Grove Village, IL 60007-3327
21036341     +Blatt Hasenmiller F L,    125 S. Wacker Drive #400,    Chicago, IL 60606-4440
21036342     +Blitt & Gaines, P.C.,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
21105666     +Charter One Bank,    Pob 7000,    ROP 450,    Providence RI 02940-7000
21105667     +City of Chicago,    Department of Revenue,    Pob 88292,    Chicago IL 60680-1292
21105668     +City of Prospect Heights,    75 Remittance Drive,    Suite 6658,    Chicago IL 60675-6658
21036345      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21036346     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21036347     +Finger Companies,    99 Detering,    Suite 200,    Houston, TX 77007-8289
21036348     +First Resolution,    PO Box 34000,    Seattle, WA 98124-1000
21036350     +Law Offices of David K Barhydt,    2901 Butterfield Road,    Oak Brook, IL 60523-1106
21105669      Peter Bojinov,    Elk Grove Village IL 60007
21036355     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21105740     +Village of Wheeling,    75 Remittance Drive,    Suite 6658,    Chicago IL 60675-6658
21036356     +Woodland Creek APA,    333 Wood Creek Road,    Wheeling, IL 60090-6708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BMKDESMOND.COM Feb 07 2014 00:43:00      Michael K Desmond,    Figliulo & Silverman P C,
               10 S LaSalle Suite 3600,    Chicago, IL 60603-1032
21165152     +EDI: ATLASACQU.COM Feb 07 2014 00:43:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
21036343     +EDI: AIS.COM Feb 07 2014 00:43:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21036344     +E-mail/Text: legalcollections@comed.com Feb 07 2014 01:15:27       ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
21105651      EDI: IRS.COM Feb 07 2014 00:43:00      Department of the Treasury,    Internal Revenue Service,
               PO Box 7346,    Philadelphia PA 19101-7346
21036349     +EDI: HFC.COM Feb 07 2014 00:43:00      HSBC Bank Nevada, N.A.,    Attn: Bankruptcy,    Po Box 5213,
               Carol Stream, IL 60197-5213
21036351     +EDI: MID8.COM Feb 07 2014 00:43:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21036353      EDI: PRA.COM Feb 07 2014 00:43:00      Portfolio Recovery Associates LLC,    PO Box 41067,
               Norfolk, VA 23541
21036352     +E-mail/Text: mmrgbk@miramedrg.com Feb 07 2014 01:14:30       Pellettieri & Associates,    Po Box 536,
               Linden, MI 48451-0536
21036354     +EDI: PRA.COM Feb 07 2014 00:43:00      Portfolio Recovery Associates, Inc,
               120 Corporate Boulevard,    Norfolk, VA 23502-4962
21105739     +EDI: AFNIVZWIRE.COM Feb 07 2014 00:43:00      Verizon Wireless,    Pob 3397,
               Bloomington IL 61702-3397
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2014                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2014 at the address(es) listed below:
              Amy E Olson    on behalf of Creditor    The Finger Companies aolson@barhydtlaw.com
              Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
              Mohammed O Badwan    on behalf of Debtor Okikiola  Hunter mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Nathan C Volheim    on behalf of Debtor Okikiola  Hunter courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: dgomez              Page 2 of 2                   Date Rcvd: Feb 06, 2014
                               Form ID: b18              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Penelope N Bach    on behalf of Debtor Okikiola  Hunter pnbach@sulaimanlaw.com,
          ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com

                                                                                                                                        TOTAL: 6